# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREUD LABARRIERE, | No. 4:19-CV-00309 |
| Petitioner, | (Judge Brann) |
| v. | |
| CLAIR DOLL, *et al.*, | |
| Respondents. | |

## ORDER

### DECEMBER 17, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, is **DENIED WITHOUT PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge